(90) General Summons

GENSUMN(12/96)

# UNITED STATES OF AMERICA
## STATE OF ILLINOIS      COUNTY OF LASALLE
### IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT

Kenneth J. Blockhus,

    Plaintiff,

vs.

Francis Leroy Walth and
Schenk Trucking, Inc.,

    Defendants,

Case No. 15 L 104

## SUMMONS

TO THE DEFENDANT: Tim Schenk, C/O Schenk Trucking, Inc., 3405 Teem Drive, Sioux Falls, SD 57107-0249

**YOU ARE HEREBY SUMMONED** and required to file an answer in this case, or otherwise file your appearance, in the office of the clerk of this court, Room 201, 119 W. Madison Street, Ottawa, Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

TO THE OFFICER:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

Witness, _____ 7/31, 15

Clerk of Court
(Seal of Court)

Name Brassfield, Krueger & Ramlow, Ltd.
Attorney for Kenneth J. Blockhus
Address 203 Armory Court
City Streator, IL
Telephone 815-672-8878

Date of Service_____,_____
(To be inserted by officer on copy left with defendant or other person)

**LASALLE COUNTY CIRCUIT CLERK**
**OTTAWA, ILLINOIS 61350**



DEFENDANT'S EXHIBIT A

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
LASALLE COUNTY, ILLINOIS

**FILED JUL 24 2015**
LA SALLE COUNTY CIRCUIT CLERK
THIRTEENTH JUDICIAL CIRCUIT OF ILLINOIS

KENNETH J. BLOCKHUS, )
      Plaintiff, )
       )
vs. ) No. 15L 104
       )
FRANCIS LEROY WALTH and )
SCHENK TRUCKING, INC., )
       )
      Defendants. )

## COMPLAINT AT LAW

Now comes the Plaintiff, KENNETH J. BLOCKHUS, by his attorneys, Brassfield, krueger & Ramlow, Ltd., and for his Complaint at Law against Defendants, FRANCIS LEROY WALTH and SCHENK TRUCKING, INC., states as follows:

### COMMON ALLEGATIONS

1. At all times mentioned herein, Plaintiff, Kenenth J. Blockhus was a resident of Varna, Marshall County, Illinois.

2. At all times mentioned herein, Defendant, Francis Leroy Walth, was an out of state resident of Sioux Falls, South Dakota.

3. At all times mentioned herein, Defendant, Schenk Truckin, Inc., was an out of state resident of Sioux Falls, South Dakota.

4. That because all defendants are nonresidents of the State of Illinois, venue is proper in the County of LaSalle pursuant to 735 ILCS 5/2-101.

### COUNT I
### KENNETH J. BLOCKHUS v. FRANCIS LEROY WALTH

1. At all times mentioned herein, Plaintiff, Kenenth J. Blockhus was driving a 2013 Peterbilt Motors tractor trailer in an easterly direction along and upon I-74 near mile marker one

Hundred seventy-four (174) in Champaign County, City of Mahomet, State of Illinois.

2. At all times mentioned herein, Defendant, Francis Leroy Walth, was driving a 2009 Volvo Vnl780 tractor-trailer in an easterly direction along and upon I-74 near mile marker one hundred seventy-four (174) in Champaign County, City of Mahomet, State of Illinois directly behind Plaintiff.

3. I-74 was and still is a public road running in an easterly and westerly direction with two (2) lanes running in each direction.

4. That on or about the 28$^h$ day of May, 2014, at approximately 8:15 a.m., while Plaintiff, Kenneth J. Blockhus, was traveling east on I-74 near mile marker 174, Defendant, Francis Leroy Walth, negligently and carelessly drove said tractor trailer so that as a direct and proximate result thereof, it struck the rear of Plaintiff's tractor trailer.

7. That Defendant, Francis Leroy Walth, was then and there negligent in the following respects:

   a. Failed to reduce his speed to avoid an accident, in violation of 625 ILCS 5/11-601(a);
   b. Failed to keep his vehicle under proper management and control;
   c. Operated, managed, maintained, controlled and drove a motor vehicle at a speed that was too fast for the conditions and layout of the roadway, in violation of 625 ILCS 5/11-601(a);
   d. Operated, managed, maintained, controlled and drove a motor vehicle in a speed which was greater than reasonable and proper with regard to the use of the interstate;
   e. Drove his vehicle in an improper and careless manner; and,
   f. Was otherwise careless or negligent.

8. As a direct and proximate result of one or more of the aforementioned negligent and careless acts and/or omissions by the Defendant, Francis Leroy Walth, the Plaintiff, Kenneth J. Blockhus, was injured both personally and pecuniary.

WHEREFORE, the Plaintiff, Kenneth J. Blockhus, respectfully requests that this Court

find in favor of his Complaint and against the Defendant, Francis Leroy Walth, in a sum in excess of Fifty Thousand ($50,000.00) Dollars together with costs of this suit.

## COUNT II
## KENNETH J. BLOCKHUS v. SCHENK TRUCKING, INC.

1. At all times mentioned herein, Plaintiff, Kenneth J. Blockhus was driving a 2013 Peterbilt Motors tractor trailer in an easterly direction along and upon I-74 near mile marker one Hundred seventy-four (174) in Champaign County, City of Mahomet, State of Illinois.

2. At all times mentioned herein, Defendant, Schenk Trucking, Inc., was and still is corporation authorized to transact business in Illinois.

3. At all times mentioned herein, Defendant, Francis Leroy Walth, was the agent and/or employee of Defendant, Schenk Trucking, Inc.

4. At all times mentioned herein, Defendant, Schenk Trucking, Inc., by and through it's agent and/or employee, Francis Leroy Walth, was driving a 2009 Volvo Vnl780 tractor-trailer in an easterly direction along and upon I-74 near mile marker one hundred seventy-four (174) in Champaign County, City of Mahomet, State of Illinois directly behind Plaintiff.

5. I-74 was and still is a public road running in an easterly and westerly direction with two (2) lanes running in each direction.

6. That on or about the $28^h$ day of May, 2014, at approximately 8:15 a.m., while Plaintiff, Kenneth J. Blockhus, was traveling east on I-74 near mile marker 174, Defendant, Francis Leroy Walth, negligently and carelessly drove said tractor trailer so that as a direct and proximate result thereof, it struck the rear of Plaintiff's tractor trailer.

7. That Defendant, Schenk Trucking, Inc., by and through its agent and/or employee Defendant, Francis Leroy Walth, was then and there negligent in the following respects:

a. Failed to reduce his speed to avoid an accident, in violation of 625 ILCS 5/11-601(a);
b. Failed to keep his vehicle under proper management and control;
c. Operated, managed, maintained, controlled and drove a motor vehicle at a speed that was too fast for the conditions and layout of the roadway, in violation of 625 ILCS 5/11-601(a);
d. Operated, managed, maintained, controlled and drove a motor vehicle in a speed which was greater than reasonable and proper with regard to the use of the interstate;
e. Drove his vehicle in an improper and careless manner; and,
f. Was otherwise careless or negligent.

8. As a direct and proximate result of one or more of the aforementioned negligent and careless acts and/or omissions by the Defendant, Schenk Trucking, Inc., by and through its agent and/or employee Defendant, Francis Leroy Walth, the Plaintiff, Kenneth J. Blockhus, was injured both personally and pecuniary.

WHEREFORE, the Plaintiff, Kenneth J. Blockhus, respectfully requests that this Court find in favor of his Complaint and against the Defendant, , Schenk Trucking, Inc., in a sum in excess of Fifty Thousand ($50,000.00) Dollars together with costs of this suit.

PLAINTIFF DEMANDS A TRIAL BY JURY OF TWELVE PERSONS TO ALL COUNTS OF THE COMPLAINT. IN THE ALTERNATIVE, THE PLAINTIFF DEMANDS OF A TRIAL BY JURY OF SIX PERSONS TO ALL COUNTS OF THE COMPLAINT.

                      Kenneth J. Blockhus,
                      Plaintiff.

                      Brassfield, Krueger & Ramlow, Ltd.,
                      His Attorneys

                      By: _____
                      Mollie J. Ralph

## AFFIDAVIT

I, MOLLIE J. RALPH, am the attorney for KENNETH J. BLOCKHUS, who has a claim for money damages which exceeds Fifty Thousand ($50,000.00) Dollars against the defendants, FRANCIS LEROY WALTH and SCHENK TRUCKING, INC., which is just and unpaid after allowing all just credits, deductions and set-offs.

7/17/15
Date

MOLLIE J. RALPH, ATTORNEY

Signed and sworn to before me this 17th day of July, 2015.

Notary Public

OFFICIAL SEAL
LINDA L HALKO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/22/16

Matthew K. Krueger ASR No.: 06207336
Mollie J. Ralph AR No.: 6302806
BRASSFIELD, KRUEGER & RAMLOW, LTD.
203 Armory Court
Streator, Illinois 61364
Phone: (815) 672-8878
Fax: (815) 673-1773